# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-00231-01-CR-W-RK |
| THOMAS D. CLEGG, | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 8, 2025, the Grand Jury returned a two-count Third Superseding Indictment charging Defendant Thomas D. Clegg with conspiracy to commit murder for hire resulting in personal injury (Count One) and being a felon in possession of a firearm (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner and Heather Siegele
    Case Agent: FBI Agent Dustin Green
    Defense: Matthew Travers Merryman and Nicholas Bates

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 35 with stipulations; 35-40 without stipulations
    Defendant: 2 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 250 exhibits
    Defendant: approximately 50 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out
    ** The parties are in discussion as to whether a change of plea will occur on Count Two.

**TRIAL TIME: 6½ days total**
    Government's case including jury selection: 6 days
    Defendant: ½ day

**STIPULATIONS**: Potential stipulation as to interstate nexus and prior felony conviction.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: None filed. **Due on or before April 15, 2025.**
        Defendant: None filed. **Due on or before April 15, 2025**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before April 23, 2025.**

Please Note: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before April 23, 2025.**

**TRIAL SETTING**: Criminal jury trial docket set for April 28, 2025.

    **Please note:** The Government is requesting the second week of the docket as the Government has several witnesses who are unavailable the first week of the docket. No objection from the defense.

    **IT IS SO ORDERED.**

                                      */s/ Lajuana M. Counts*
                                      LAJUANA M. COUNTS
                                      UNITED STATES MAGISTRATE JUDGE